IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02050-BNB

MICHAEL KEITH TIVIS,

    Plaintiff,

v.

MS. JOANN STOCK (Physician Assistant),
MR. KEVIN MILYARD (Warden), and
MS. BEVERLY DOWIS (Medical Administrator),

    Defendants.

## ORDER ASSIGNING CASE

On completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, it appears that this case is not appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge Philip A. Brimmer and to Magistrate Judge Kathleen M. Tafoya. Accordingly, it is

ORDERED that this case shall be assigned to Judge Philip A. Brimmer pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M. Tafoya.

DATED November 1, 2011, at Denver, Colorado.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge