**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 11-cv-02050-PAB-KMT          FTR - Courtroom C-201

**Date:** April 18, 2013                          Deputy Clerk, Nick Richards

MICHAEL KEITH TIVIS,                              Brett Daniel Lampiasi (by phone)

      Plaintiff,

v.

JOANN STOCK, PA, in her individual capacity,      Christopher Wayne Alber
BEVERLY DOWIS, in her individual and official
capacity as Health Service Administrator for
SCF,
DR. PAULA FRANTZ, in her individual and
official capacity as Chief Medical Officer of the
Colorado Department of Corrections ("CDOC"),
NICOLE WILSON, in her individual capacity,
MEGHAN REID, in her individual capacity and
official capacity as ADA inmate coordinator for
the State of Colorado,
DR. GARY FORTUNATO, in his individual
capacity,
PHYSICIAN HEALTH PARTNERS, INC. d/b/a
CORRECTIONAL HEALTH PARTNERS, a
Colorado Corporation, and
DR. STEPHEN KREBS, in his individual
capacity,

      Defendants.

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**STATUS CONFERENCE**
**Court in session: 9:00 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Plaintiff's Motion for Leave to Amend Complaint to Add Parties
and Claims [Doc. No. 113, filed April 3, 2013].

It is **ORDERED**:          Plaintiff's Motion for Leave [113] is **DENIED** without prejudice with

leave to file an amended Complaint that properly complies with District Judge Philip A. Brimmer's August 22, 2012 Order.

It is **ORDERED**:     Scheduling/Status Conference set for April 29, 2013 at 10:00 a.m. is **VACATED**. Scheduling Conference set for June 28, 2013 at 9:15 a.m. This hearing will be allotted 30 minutes to include any argument, if necessary. The parties may appear via telephone.

**Court in Recess: 9:14 a.m.**
Hearing concluded.
Total In-Court Time     00:14

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.