IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02050–PAB–KMT

MICHAEL TIVIS,

    Plaintiff,

v.

BEVERLY DOWIS, in her individual and official capacity as Health Service Administrator for SCF,
NICOLE WILSON, in her individual capacity,
DR. PAULA FRANTZ, in her individual and official capacity as Chief Medical Officer for the Colorado Department of Corrections,
MEGHAN REED, in her individual capacity and official capacity as ADA Inmate Coordinator for the State of Colorado,
PHYSICIAN HEALTH PARTNERS, INC.d/b/a CORRECTIONAL HEALTH PARTNERS, a Colorado Corporation, and
DR. STEVEN KREBS, in his individual capacity,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion for Leave to File Late Response to Defendants' Partial Motion to Dismiss" (Doc. No. 162, filed Dec. 23, 2013) is GRANTED. The Clerk of Court is directed to file "Plaintiff's Response to Defendants' Partial Motion to Dismiss" (Doc. No. 162-1).

Dated: December 30, 2013