IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02050–PAB–KMT

MICHAEL TIVIS,

    Plaintiff,

v.

BEVERLY DOWIS, in her individual and official capacity as Health Service Administrator for SCF,
NICOLE WILSON, in her individual capacity,
DR. PAULA FRANTZ, in her individual and official capacity as Chief Medical Officer for the Colorado Department of Corrections,
MEGHAN REED, in her individual capacity and official capacity as ADA Inmate Coordinator for the State of Colorado,
PHYSICIAN HEALTH PARTNERS, INC.d/b/a CORRECTIONAL HEALTH PARTNERS, a Colorado Corporation, and
DR. STEVEN KREBS, in his individual capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant Physician Health Partners, Inc. and Doctor Stephen Krebs' "Unopposed Motion to Conduct Deposition of Incarcerated Inmate Plaintiff pursuant to Fed. R. Civ. P. 30(A)(2)(B)" (Doc. No. 169, filed Apr. 4, 2014) is GRANTED.  Pursuant to Fed. R. Civ. P. 30(a)(2)(B), the court hereby grants the above-named Defendants leave to take Plaintiff's deposition at the Sterling Correctional Facility of the Colorado Department of Corrections (CDOC), subject to the provisions of D.C.COLO.LCivR 30.1 on deposition scheduling and the rules and regulations of the CDOC and the facility.

Dated: April 7, 2014